# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAYMOND TYRONE DAVIS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JACQUELINE M. BLUTH, DISTRICT
JUDGE,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81760

FILED

SEP 24 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF MANDAMUS

This original pro se petition for a writ of mandamus appears to seek a writ directing the district court to enter an order dismissing the criminal charges against petitioner on the basis that he did not receive proper notice of the grand jury proceeding under NRS 172.241.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

We reiterate that "[p]etitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted." *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Moreover,

20-35163

to the extent petitioner has counsel below, he must proceed by and through counsel. Accordingly, we

ORDER the petition DENIED.[1]

_____Pickering_____, C.J.
        Pickering

_____Hardesty_____, J.          _____Silver_____, J.
        Hardesty                              Silver

cc:     Hon. Jacqueline M. Bluth, District Judge
        Raymond Tyrone Davis
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

---

[1]Petitioner's failure to provide timely proof of service of the petition constitutes an additional basis upon which to deny relief. NRAP 21(a)(1).